UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLYWOOD TACOMA, INC., a Washington corporation, <br><br> Defendant. | NO. 10-mc-5012 JRC <br><br> ORDER ON SUPPLEMENTAL PROCEEDINGS DIRECTING APPEARANCE, ANSWERS, AND PRODUCTION OF DOCUMENTS OF THIRD-PARTY MICHAEL HATHAWAY |

Under Plaintiff's Motion under RCW 6.32.030 for an Order requiring third-party Michael Hathaway's attendance at an examination for Answers and Production of Documents, and proof having been made that there is an unsatisfied judgment against Judgment Debtor Plywood Tacoma, and that Michael Hathaway, President of AWI, has pertinent information related to the property interest and financial situation of Plywood Tacoma, Inc., and that Richard Burrows, Jr., the former President of Plywood Tacoma, cannot be located, it is hereby:

**ORDERED** that **Michael Hathaway**, President of Architectural Woods, Inc. (AWI), appear at the United States District Court for the Western District of Washington at Tacoma, **1717 Pacific Avenue, Tacoma, WA 98402, on the 6th day of August, 2010, at 10:00 a.m.**,

**Courtoom D,** then and there to answer under oath questions concerning (1) any Plywood Tacoma personal property, inventory, equipment, assets, tools, and/or real estate that AWI has possession of; (2) how much, if any, AWI paid and/or still owes to Plywood Tacoma; and/or (3) any knowledge that AWI has concerning the property and/or financial interests of Plywood Tacoma, including, but not limited to how much money Plywood Tacoma still owes to banks and/or creditors and any secured interests in Plywood Tacoma property.

**IT IS FURTHER ORDERED** that Michael Hathaway, President of AWI, answer the attached Interrogatories which are attached to this Order as **Exhibit "A"** and incorporated herein by this reference, and bring the written responses thereto to the supplemental proceedings examination on the date given.

**IT IS FURTHER ORDERED** that Michael Hathaway, President of AWI, having been served with a copy of this Order, shall bring the documents requested in **Exhibit "B"** to this Order, which is incorporated herein by this reference, to the supplemental proceeding examination on the date given.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to attorney's fees if Michael Hathaway does not appear, in the total amount of $150.00, for bringing this Motion.

**IT IS FURTHER ORDERED** if Hathaway does not appear, a warrant will be issued for his arrest and he shall be further obligated to the Plaintiff for its attorney's fees.

DATED at Tacoma, Washington, this 7th day of June, 2010.

J. Richard Creatura
United States Magistrate Judge